

1

2

3

4

5           **UNITED STATES DISTRICT COURT**

6           **DISTRICT OF NEVADA**

7

8    ROBERT P. CLARK,

          *Plaintiff,*                          3:12-cv-00515-RCJ-WGC
9

10   vs.

                                                 ORDER
11   STATE OF NEVADA DEPARTMENT OF
     CORRECTIONS, *et al.*
12
          *Defendants.*
13

14        Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma*

15   *pauperis* seeking to initiate a civil rights action along with a motion (#3) for appointment of

16   counsel.

17        Plaintiff has not submitted a proper application to proceed *in forma pauperis.* Under

18   28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1 and 1-2, a plaintiff must submit an

19   application on the Court's required form.  The application was submitted on a superceded

20   form. The current required form was revised effective July 21, 2008. The Court will direct the

21   Clerk to provide plaintiff copies of the current form so that he may file a proper application.

22        It does not appear from review of the allegations presented that a dismissal without

23   prejudice would materially impact the analysis of a timeliness issue or other issues as to a

24   promptly-filed new action.[1]

25

26        _____

          [1]From the allegations presented, it appears subject to substantial question whether the action is
27   cognizable in a federal civil rights action as opposed to a federal habeas action following exhaustion of state
     judicial remedies.  Petitioner is seeking to challenge administrative action that he alleges deprived him of
28   more than 260 days of sentencing credit.  As plaintiff's claims appear to necessarily challenge the duration of
                                                                                         (continued...)

1    IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis*
2 is DENIED without prejudice.

3    IT FURTHER IS ORDERED that the motion (#3) for appointment of counsel is DENIED
4 without prejudice.

5    IT FURTHER IS ORDERED that this action is DISMISSED without prejudice to the
6 filing of a new complaint in a new action together with either the required $350.00 filing fee
7 or a properly completed application to proceed *in forma pauperis* on the proper form and with
8 all required, and new, financial attachments.

9    IT FURTHER IS ORDERED that the clerk shall SEND plaintiff two copies each of an
10 *in forma pauperis* application form for a prisoner and a § 1983 complaint form, one copy of
11 the instructions for each form, and one copy of the papers that plaintiff submitted in this
12 action.

13    The Clerk shall enter final judgment accordingly, dismissing this action without
14 prejudice.

15         DATED:  January 7, 2013.

16
17
18                          ROBERT C. JONES
19                          Chief United States District Judge
20
21
22
23
24
25    [1](...continued)
his confinement, it would appear that he may not proceed via a federal civil rights action at this juncture.  In
26 any event, the operative factual allegations begin in July 21, 2011, well within the otherwise applicable two-
year statute of limitations if the claims are cognizable in the first instance.  In the final analysis, it is plaintiff's
27 responsibility to timely seek relief in an appropriate procedural vehicle in a proper court.  The Court leaves a
definitive resolution of any such issues to a properly-commenced action.  The Court notes these issues only
28 in finding that a dismissal without prejudice of the present improperly-commenced action will not materially
impact the consideration of such issues in a promptly-filed new action.

-2-